AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>ERNESTO DONJUAN-PEREZ<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>9:26MJ17 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 3, 2026 _____ in the county of _____ Angelina _____ in the _____ Eastern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | Reentry of removed/deported alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Peter Kogler by Judge Hawthorn w/ permission
*Complainant's signature*

HSI SA Peter Kogler
*Printed name and title*

Sworn to by Affiant by telephone.

Date: July 7, 2026

*Judge's signature*

City and state: _____ Beaumont, Texas _____

United State Magistrate Judge Zack Hawthorn
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| CRIMINAL COMPLAINT FOR | § | Case No. 9:26MJ___17___ |
| ERNESTO DONJUAN-PEREZ | § | Judge Hawthorn |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Peter Kogler, after being duly sworn, state the following:

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), as a Special Agent (SA) with Department of Homeland Security (OHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the HSI Beaumont, Texas office, and have been so employed since 2025. As an HSI Special Agent, my job and responsibilities include conducting investigations of violations of the immigration and customs laws of the United States, to include alien smuggling, pursuant to Title 8, United States Code, § 1326 and any related offenses. I am a graduate of the Drug Enforcement Administration (DEA) Academy at Quantico, Virginia, where I received training for the purpose of accomplishing my criminal investigator duties. During my career, I have been employed as a criminal investigator for the DEA and the United States Forest Service (USFS), Law Enforcement and Investigations (LEI). Furthermore, I also received training on a continuing basis for the purpose of maintaining my proficiency pertaining to criminal investigator work.

2. This affidavit is made in support of the Criminal Complaint of Ernesto DONJUAN-PEREZ ("DONJUAN-PEREZ"). The facts contained in this affidavit are based upon my own personal knowledge and/or observations and/or facts related to me by other agents of HSI and/or other law enforcement personnel involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, the affidavit may not contain every fact known to me during this investigation.

3. On July 3, 2026, DONJUAN-PEREZ was encountered by law enforcement personnel of the Texas Department of Public Safety (TXDPS) in Angelina County, Texas. Angelina County is in the Eastern District of Texas. During this encounter, I was contacted by TXDPS regarding DONJUAN-PEREZ and obtained identifying information which showed that DONJUAN-PEREZ was an illegal alien. I subsequently reviewed DONJUAN-PEREZ' immigration records, I learned that DONJUAN-PEREZ is a citizen of Mexico, who on February 11, 2009, was arrested by United States Border Patrol near Hebbronville, Texas. DONJUAN-PEREZ was ordered removed and then removed to Mexico on February 20, 2009. DONJUAN-PEREZ order of removal was reinstated, and he was removed to Mexico again on May 10, 2010. DONJUAN-PEREZ order of removal was reinstated, and he was again removed to Mexico on September 12, 2019.

4. DONJUAN-PEREZ has not applied for permission to re-enter the United States from the Attorney General of the United States or Secretary of Homeland Security since he was last removed on September 12, 2019.

5. Based on the facts and circumstances enumerated above, I believe DONJUAN-PEREZ has committed a violation of Title 8, United States Code, § 1326, Reentry of Removed/Deported Alien, by being found in the Eastern District of Texas on or about July 3, 2026, after being previously deported from the United States and without receiving permission from the Attorney General of the United States or Secretary of Homeland Security to return to the United States.

_/s/ Peter Kogler by Judge Hawthorn w/ permission_

Peter Kogler
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me by telephone and I find probable cause on this the 7th day of July, 2026.

Zack Hawthorn, United States Magistrate Judge
Eastern District of Texas